JACK ISAACS, In Pro Per
31297 San Andreas Drive
Union City, CA 94587
Telephone: (510) 247-0569

Prepared by:
Legal Document Services
20432 Silverado Ave., #5B
Cupertino, CA 95014,
LDA #118, SCC, Exp 12/3/2013

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

JACK ISAACS

      Petitioner,

  v.

UNITED STATES

      Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO: **C13-1394**

**PETITION TO QUASH SUMMONS;
DECLARATION OF PETITIONER**

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

    Petitioner, JACK ISAACS, (hereinafter "PETITIONER")
petitions this Court to Quash the Summons served by the United
States Department of the Treasury (hereinafter "RESPONDENT").

    1.  Jurisdiction.  The United States District Court for the
Northern District within which the person to be summoned resides
or is found shall have jurisdiction to hear and determine any
proceeding brought under Internal Revenue Code §7609(b)(2).
Internal Revenue Code §7609(h).  The entity being summoned

PETITION TO QUASH SUMMONS

1 | resides within this jurisdiction.

2 | 2.   Fremont Bank, 39150, Fremont Blvd., Fremont, CA 94538 has been directed by the RESPONDENT to produce the records in the attached Exhibit A.

3.   A copy of the Summons is attached as Exhibit B.

4.   The Court must quash a subpoena that subjects the Petitioner to an undue burden. FRCP45(c)(3)(A).  In determining whether the burden is undue the Court is required to weigh the issuing parties needs against those of the Petitioner's. *Positive Black Talk, Inc v. Cash Money Records, Inc.,* 394 F3d357,377 (5th Cir. 2004).

The cost to the PETITIONER of the payment of the copies of the documents requested by RESPONDENT would place an undue financial burden upon the PETITIONER.

A Notice of Claim, which is attached as Exhibit C, was served on Pam LaRue, Chief Financial Officer on the Washington D.C. branch of the Internal Revenue Service, on March 7, 2013, by Registered Mail.  Furthermore, PETITIONER has made an offer and tender of payment, via registered mail to Kathy Miller in the Walnut Creek branch of the Internal Revenue Service on March 8, 2013, which is attached as Exhibit D, and which was received and signed for on March 13, 2013 by Alexander C. Mathews as evidenced by the record attached as Exhibit E.

Therefore PETITIONER conditionally accepts the offer of a summons by RESPONDENT, only upon proof of claim that the ongoing administrative process would not render the necessity for the requested examination moot, and upon proof of claim that the

PETITION TO QUASH SUMMONS

2

1  ongoing administrative process would not resolve this matter
2  privately, thus not wasting valuable resources of all parties,
3  including this the resources of this court. The PETITIONER also
4  conditionally accepts upon proof of claim, that by requiring the
5  examination to go forward as requested, that the  RESPONDENT and
6  this court would not be interfering with the completion of the
7  private administrative process, resulting in a substantive
8  violation of the right due process for the PETITIONER.

9      WHEREFORE PETITIONER respectfully requests that this Court
10  Quash the Summons issued by RESPONDENT.

11

12

13  Dated: March 25, 2013

14                                      Jack Isaacs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION TO QUASH SUMMONS

3

1  JACK ISAACS, In Pro Per
   31297 San Andreas Drive
2  Union City, CA 94587
   Telephone: (510) 247-0569
3
   Prepared by:
4  Legal Document Services
   20432 Silverado Ave., #5B
5  Cupertino, CA 95014
   LDA #118, SCC, Exp 12/3/2013
6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8
                         OAKLAND DIVISION
9

10  JACK ISAACS                    )  CASE NO:
                                   )
11              Petitioner,        )  DECLARATION OF PETITIONER
                                   )  IN SUPPORT OF PETITION TO
12      v.                         )  QUASH SUMMONS
                                   )
13  UNITED STATES                  )
                                   )
14              Respondent.        )
                                   )
15  _____)

16      I, JACK ISAACS, am a Petitioner in the above-entitled

17  action.  I have read the Petition to Quash Summons and know of

18  the contents thereof.  The same is true of my own knowledge,

19  except as to those matters which are therein alleged on

20  information and belief, and as to those matters, I believe them

21  to be true.

22      I declare under penalty of perjury under the Laws of the

23  State of California that the foregoing is true and correct and

24  that this declaration was executed at Union City, California.

25

26  Dated: March 25, 2013                Jack Carlo Isaacs
                                         _____
27                                       Jack Isaacs

28

                                                        DECLARATION

                                  1



## SUMMONS ATTACHMENT

**IN THE MATTER OF:  Jack Isaacs, Corporate Officer of Isaacs Dental Inc**
**SUMMONSED PARTY: Fremont Bank**

This summons pertains to all accounts in the name(s) of: **Isaacs Dental Inc.,**
**Jack Isaacs, corporate officer, including but not limited to account**
**#2958856.**  This summons requires the production of records from all accounts
for the period of January 1, 2012 through March 31, 2013 with this summons.
Records required include:

1.  Monthly statements
2.  Deposit offsets (front and back) $500.00 or greater
3.  Deposit tickets
4.  Cancelled checks (front and back) $500.00 or greater
5.  Cancelled certified checks (front and back)
6.  Signature cards
7.  Account applications and associated statements and/or documents regarding the account holder.
8.  Debit and credit memos
9.  Loan applications, including lines of credit, commercial paper, and all documents related to loan(s), to include loan payment history
10. Financial statements
11. Safe deposit box entry cards
12. Cashier's checks and applications
13. Bank drafts and applications
14. Traveler's checks purchase agreements
15. Money orders and applications
16. Related ACH debit and credit history
17. Credit card transaction history
18. Foreign and domestic letters of credit and documentation showing the destination of funds
19. Wires of funds along with related documents disclosing source of funds, funds transfer requests, and the destination of the funds along with any related correspondence, such as letters, memoranda, notes of contact, and email
20. Agency agreements and contracts including (but not limited to) account management, property safekeeping and management, property transfers, and escrow services
21. Trust agreements
22. Closing transaction on the account (check, wire transfer, etc.) regardless of amount
23. All correspondence and other records maintained in connection with all accounts including (but not limited to) email, records of telephone conversations, memoranda, and letters

## Attachment 1 to Summons Form 2039

In the matter of **JACK C ISAACS**

Period information: Form 1040 for the calendar periods ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2009 and December 31, 2010 and Form CIVPEN for the quarterly period ending June 30, 1997



 # **Summons**

In the matter of __JACK C ISAACS, 31297 SAN ANDREAS DR, UNION CITY, CA 94587-2874__

Internal Revenue Service (Division): **SMALL BUSINESS/SELF EMPLOYED**

Industry/Area (name or number): **SB/SE AREA 7 (27)**

Periods: __See Attachment 1 to Summons Form 2039 for Period Information__

### The Commissioner of Internal Revenue

To: __FREMONT BANK__

At: __39150 FREMONT BLVD, FREMONT, CA 94538__

You are hereby summoned and required to appear before KATHY MILLER, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attached

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

__185 LENNON LN STP WC-0363, WALNUT CREEK, CA 94598 (925) 974-3793__

**Place and time for appearance at:** __185 LENNON LN STP WC-0363, WALNUT CREEK, CA 94598__

**IRS**

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039(Rev. 10-2010)
Catalog Number 21405J

on the __11th__ day of __April__, __2013__ at __8:00__ o'clock __a__ m.

Issued under authority of the Internal Revenue Code this __13th__ day of __March__ __, 2013__

KATHY MILLER
Signature of Issuing Officer

REVENUE OFFICER
Title

Signature of Approving Officer (if applicable)

GROUP MANAGER
Title

Part C -- to be given to noticee

## Attachment 1 to Summons Form 2039

In the matter of **JACK C ISAACS**

Period information: Form 1040 for the calendar periods ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2009 and December 31, 2010 and Form CIVPEN for the quarterly period ending June 30, 1997

## SUMMONS ATTACHMENT

**IN THE MATTER OF: Jack Isaacs, Corporate Officer of Isaacs Dental Inc**
**SUMMONSED PARTY: Fremont Bank**

This summons pertains to all accounts in the name(s) of: **Isaacs Dental Inc.,**
**Jack Isaacs, corporate officer, including but not limited to account**
**#2958856.** This summons requires the production of records from all accounts
for the period of January 1, 2012 through March 31, 2013 with this summons.
Records required include:

1. Monthly statements
2. Deposit offsets (front and back) $500.00 or greater
3. Deposit tickets
4. Cancelled checks (front and back) $500.00 or greater
5. Cancelled certified checks (front and back)
6. Signature cards
7. Account applications and associated statements and/or documents regarding
   the account holder.
8. Debit and credit memos
9. Loan applications, including lines of credit, commercial paper, and all
   documents related to loan(s), to include loan payment history
10. Financial statements
11. Safe deposit box entry cards
12. Cashier's checks and applications
13. Bank drafts and applications
14. Traveler's checks purchase agreements
15. Money orders and applications
16. Related ACH debit and credit history
17. Credit card transaction history
18. Foreign and domestic letters of credit and documentation showing the
    destination of funds
19. Wires of funds along with related documents disclosing source of funds,
    funds transfer requests, and the destination of the funds along with any
    related correspondence, such as letters, memoranda, notes of contact, and
    email
20. Agency agreements and contracts including (but not limited to) account
    management, property safekeeping and management, property transfers,
    and escrow services
21. Trust agreements
22. Closing transaction on the account (check, wire transfer, etc.) regardless of
    amount
23. All correspondence and other records maintained in connection with all
    accounts including (but not limited to) email, records of telephone
    conversations, memoranda, and letters



CASE NO. **PR-20130307-AJ-176**

THIS IS A PRIVATE ADMINISTRATIVE PROCEEDING
NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE OF CLAIM

7 March 2013

Claimant:          Jack Carlo Isaacs
                   ℅ 31297 San Andreas Drive
                   Union City, California Republic

Respondent(s):     INTERNAL REVENUE SERVICE
                   ℅ Pamela LaRue, Chief Financial Officer
                   1111 Constitution Avenue NW
                   Washington, D.C. 20224-0002

RE:     **TAXPAYER ACCOUNT, JACK C. ISAACS [SSN:█████████ Tax Periods 1997, 2001, 2002, 2003, 2004, 2005, 2009, 2010 and 2011.**

Notice is hereby given to the INTERNAL REVENUE SERVICE ℅ Pamela LaRue, Chief Financial Officer, and all agents, principals, assigns or successors thereof (collectively, the "RESPONDENTS"), to setoff, settle, and close the United States Federal Taxpayer Accounts JACK C. ISAACS 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 for Tax Periods ending 12/31/1997, 12/31/2001, 12/31/2002, 12/31/2003, 12/31/2004, 12/31/2005, 12/31/2009, 12/31/2010 and 12/31/2011 and all derivatives and underlying accounts/obligations thereof (collectively, the "ACCOUNTS") for JACK C. ISAACS, the U.S. Citizen, U.S. Taxpayer, and U.S. Person, and all derivatives, nominees, and aliases/tradenames thereof (collectively, the "TAXPAYER") by Jack Carlo Isaacs, a national of the California Republic (the "CLAIMANT"). This Notice of Claim (this "NOTICE"), dated as of 7 March 2013 (the "EFFECTIVE DATE"), with the instruments and publications enclosed herewith and referenced herein (collectively, this "PRESENTMENT"), is being presented for the purposes of: (1) informing the RESPONDENTS of the claims in all property, real and personal, registered and unregistered, held in the name the TAXPAYER (the "COLLATERAL") by the CLAIMANT; (2) discharging all debts, obligations, and liabilities of the TAXPAYER derived from and/or related to the ACCOUNTS; and (3) informing the RESPONDENTS of the duties, obligations, liabilities, and restraints accrued by the receipt and acceptance of this PRESENTMENT.

## I.     NOTICE TO SETOFF, SETTLE AND CLOSE ACCOUNTS

Enclosed herewith is a negotiable instrument, Money Order Number 20130221007 (the "TENDER"), tendered for the setoff, settlement, and closure of the ACCOUNTS. The payee designated by the CLAIMANT for the TENDER is the UNITED STATES TREASURY (the "PAYEE"), as the party authorized by the RESPONDENTS to accept, negotiate, and indorse tenders of payment for the RESPONDENTS. The drawee designated by the CLAIMANT for the TENDER is Neal Steven Wolin, Secretary of the Treasury, and all agents, principals, assigns or successors thereof (collectively, the "DRAWEE") as the party authorized to handle foreign assets for the RESPONDENTS. The maker and issuer of the TENDER is the CLAIMANT as the accommodation party for the TAXPAYER for the benefit of the TAXPAYER and the RESPONDENTS. The TENDER, as a draft, is an unconditional order for the DRAWEE to pay the PAYEE the sum of One Million Two Hundred Seventy-two Thousand Three Hundred Thirty-eight and $^{13}/_{100}$ ($1,272,338.13) United States Dollars (the "DRAFT AMOUNT") ordered and authorized by the TAXPAYER as the drawer for the TENDER.

The CLAIMANT hereby charges and informs the RESPONDENTS of the fiduciary duty accrued by receipt and acceptance of the TENDER to adjust the balance of the ACCOUNTS to Zero and $^{00}/_{100}$ ($0.00) United States Dollars to properly reflect the ledgering of the TENDER. The RESPONDENTS shall not refuse, return, or challenge the TENDER unless: (1) a Notice of Dishonor from the DRAWEE of the TENDER accompanies said refusal, return, or challenge; (2) a Certificate of Protest from the presenter of the TENDER for payment accompanies said refusal, return, or challenge; or (3) unless a defect in the TENDER is identified and verified by the RESPONDENTS and accompanies said refusal, return, or challenge. The CLAIMANT, the TAXPAYER and the RESPONDENTS (collectively, the "PARTIES") stipulate that the RESPONDENTS failure to perform pursuant to the aforementioned terms is a breach of the RESPONDENTS fiduciary duty.

Enclosed herewith, and incorporated herein by this reference, is an Account Authorization letter (the "ACCOUNT AUTHORIZATION"), executed by the TAXPAYER, authorizing the RESPONDENTS to release any and all information regarding the ACCOUNTS to the CLAIMANT. Pursuant to the ACCOUNT AUTHORIZATION the RESPONDENTS are hereby directed to convey any and all correspondences and communications regarding the ACCOUNTS to the CLAIMANT, through the third-party adjudicator, Benton Tyler Thomas Hall (the "ADJUDICATOR") of the International Adjudicators Association and the Court of International Claims, at the address given below in *Section V* of this NOTICE.

Enclosed herewith, and incorporated herein by this reference, is a Request Regarding a Statement of Account (the "ACCOUNT STATEMENT"), as a record authenticated by the TAXPAYER, charging and informing the RESPONDENTS with the responsibility of

approving or correcting the statement. The RESPONDENTS have Twenty (20) days to honor the terms of the ACCOUNT STATEMENT and provide an authenticated record.

If the ACCOUNT STATEMENT is not corrected by the RESPONDENTS within Twenty (20) days, then it shall be deemed accepted and approved as an accurate and correct statement of the ACCOUNTS. The RESPONDENTS' failure to respond within Twenty (20) days of the postmark of this PRESENTMENT shall cause the CLAIMANT to have executed a Certificate of Claim, by the ADJUDICATOR of this administrative proceeding.

The Certificate of Claim executed by the ADJUDICATOR, along with the record of this PRESENTMENT, shall comprise a record of the RESPONDENTS' acceptance of the terms and conditions of this PRESENTMENT, and as such shall constitute the *final expression in a record* of the private settlement agreement by and between the PARTIES (the "FINAL AGREEMENT").

## II. NOTICE TO DISCHARGE COLLATERAL

The FINAL AGREEMENT comprises the RESPONDENTS'stipulation to: (1) the rescinding and/or the revoking of any and all liens, levies, deficiencies, garnishments, and distraint warrants (collectively, the "ENCUMBRANCES") on the COLLATERAL and/or the TAXPAYER; (2) the vacating/discharging of any and all judgments, orders, and decrees issued against the TAXPAYER and/or the COLLATERAL for the settlement of the ACCOUNTS (collectively, the "ORDERS"); (3) the dismissing/discharging of any and all actions initiated by/for the RESPONDENTS against the TAXPAYER and/or the COLLATERAL for the settlement of the ACCOUNTS (collectively, the "ACTIONS"); and (4) the discharging of any and all debts, obligations, and liabilities of the TAXPAYER and/or the COLLATERAL (the "LIABILITIES"), by executing, or causing to be executed, all Notice(s) of Rescission, Notice(s) of Revocation, Notice(s) of Discharge, Notice(s) of Satisfaction, Order(s) for Dismissal, Order(s) for Vacating, Release(s) of Lien(s)/ Levy(ies)/ Garnishment(s)/ Obligation(s)/ Liability(ies), and/or any and all instruments necessary for the discharging of the ENCUMBRANCES, the ORDERS, the ACTIONS, and the LIABILITIES and the setoff, settlement and closure of the ACCOUNTS.

The RESPONDENTS in attempts to settle the ACCOUNTS prior to this PRESENTMENT have levied, attached, garnished, or placed liens on property held in the name of the TAXPAYER. The FINAL AGREEMENT comprises the RESPONDENTS' stipulation to discharge, release and/or return the following property to the TAXPAYER:

(1) The funds from Social Security levied in the amount of Three Hundred Forty-one and ¹¹/₁₀₀ ($341.11) United States Dollars, levied by the RESPONDENTS every month for the year 2012, comprising a total of Four Thousand Ninety Three and ³²/₁₀₀ ($4,093.32) United States Dollars.

The FINAL AGREEMENT shall charge the RESPONDENTS with discharging, releasing and returning all the property referenced above (collectively, the "SEIZED COLLATERAL") to the TAXPAYER.

The FINAL AGREEMENT shall charge the RESPONDENTS with giving notice of the discharge of the ENCUMBRANCES, the ORDERS, the ACTIONS, the LIABILITIES, and the SEIZED COLLATERAL, to the CLAIMANT, by providing certified copies of the discharges by mailing said certified copies to the CLAIMANT through the ADJUDICATOR at the location set forth in *Section V* of this NOTICE.

## III. NOTICE OF INTEREST

Whereas, the FINAL AGREEMENT is executed by the actions of the PARTIES; and

Whereas, the FINAL AGREEMENT comprises the discharging of all rights, titles and interests of the RESPONDENTS in the COLLATERAL, the SEIZED COLLATERAL and the TAXPAYER; and

Whereas, the FINAL AGREEMENT comprises the discharging of the ENCUMBRANCES, the ORDERS, the ACTIONS, and the LIABILITIES; and

Whereas, the FINAL AGREEMENT comprises the setoff, settlement and closure of the ACCOUNTS.

Now, therefore, upon the execution of the FINAL AGREEMENT, this is the actual and constructive notice of: (1) the CLAIMANT's paramount security interest in the COLLATERAL and the SEIZED COLLATERAL; (2) the CLAIMANT's exclusive right to possess the COLLATERAL and the SEIZED COLLATERAL; (3) the CLAIMANT's liens on the TAXPAYER, the ACCOUNTS, the COLLATERAL, and the SEIZED COLLATERAL; (4) the RESPONDENTS' obligation to return or duly compensate the TAXPAYER for the SEIZED COLLATERAL; and (5) the value of the CLAIMANT's claim in the COLLATERAL and the SEIZED COLLATERAL and the CLAIMANT's liens on the TAXPAYER and the ACCOUNTS is equal to the DRAFT AMOUNT.

efficacy and sufficiency of the TENDER to setoff, settle, and close the ACCOUNTS, to discharge the COLLATERAL, to discharge/release/return the SEIZED COLLATERAL and to discharge the TAXPAYER; or

2. The RESPONDENTS' act(s) of: (1) providing a Notice of Dishonor from the drawee of the TENDER; (2) providing a Certificate of Protest from the party making presentment of the TENDER for payment; or (3) providing a statement, executed under penalty of perjury, identifying and verifying a defect in the TENDER, shall constitute the RESPONDENTS' honorable contention of the efficacy and sufficiency of the TENDER to setoff, settle, and close the ACCOUNTS, to discharge the COLLATERAL, to discharge/release/return the SEIZED COLLATERAL and to discharge the TAXPAYER; or

3. The RESPONDENTS' failure to correct the ACCOUNT STATEMENT and provide an authenticated record of said correction shall constitute the RESPONDENTS' honorable approval and acceptance of the aggregate amount of unpaid obligations for the ACCOUNTS is Zero and $^{00}/_{100}$ ($0.00) United States Dollars; or

4. The RESPONDENTS' act of correcting the ACCOUNT STATEMENT and the RESPONDENTS' act of providing an authenticated record of said correction shall constitute the RESPONDENTS' honorable non-acceptance of the aggregate amount of unpaid obligations for the ACCOUNTS is Zero and $^{00}/_{100}$ ($0.00) United States Dollars and the honorable declaration and assertion of the aggregate amount of unpaid obligations for the ACCOUNTS being an amount other than Zero and $^{00}/_{100}$ ($0.00) United States Dollars.

Pursuant to the FINAL AGREEMENT, the RESPONDENTS' shall dishonor the terms and conditions of this PRESENTMENT by the following performance/non-performance:

1. The RESPONDENTS' failure to rescind and/or revoke the ENCUMBRANCES shall constitute the RESPONDENTS' dishonor; or

2. The RESPONDENTS' failure to vacate/discharge the ORDERS shall constitute the RESPONDENTS' dishonor; or

3. The RESPONDENTS' failure to dismiss/discharge the ACTIONS shall constitute the RESPONDENTS' dishonor; or

4. The RESPONDENTS' failure to discharge the LIABILITIES shall constitute the RESPONDENTS' dishonor; or

5. The RESPONDENTS' failure to discharge, release, and/or return the SEIZED COLLATERAL shall constitute the RESPONDENTS' dishonor; or

6. The RESPONDENTS' failure to execute all Notice(s) of Rescission, Notice(s) of Revocation, Notice(s) of Discharge, Notice(s) of Satisfaction, Order(s) for Dismissal, Order(s) for Vacating, and/or any and all instruments necessary for the discharging of the ENCUMBRANCES, the ORDERS, the ACTIONS, and the LIABILITIES and the setoff, settlement and closure of the ACCOUNTS shall constitute the RESPONDENTS' dishonor.

The RESPONDENTS' dishonor shall constitute, and the execution of the Certificate of Claim by the ADJUDICATOR shall establish, the following stipulations by the PARTIES:

1. The RESPONDENTS' stipulation and agreement that this PRESENTMENT with the Certificate of Claim executed by the ADJUDICATOR constitutes the *final expression in a record* of the terms and conditions of the private settlement agreement by and between the PARTIES;

2. The RESPONDENTS' stipulation and agreement with the efficacy and sufficiency of the TENDER to setoff, settle, and close the ACCOUNTS, to discharge the COLLATERAL, to discharge/release/return the SEIZED COLLATERAL and to discharge the TAXPAYER;

3. The RESPONDENTS' stipulation and agreement with the authenticity and accuracy of the ACCOUNT STATEMENT and that the aggregate amount of unpaid obligations for the ACCOUNTS is Zero and $^{00}/_{100}$ ($0.00) United States Dollars;

4. The RESPONDENTS' stipulation and agreement that the ENCUMBRANCES, ORDERS, ACTIONS, and LIABILITIES shall be discharged;

5. The RESPONDENTS' stipulation and agreement that the SEIZED COLLATERAL shall be discharged, released, and returned to the TAXPAYER;

6. The RESPONDENTS' stipulation to, and agreement with, the CLAIMANT's claim of a paramount security interest in the COLLATERAL and the SEIZED COLLATERAL;

7. The RESPONDENTS' stipulation to, and agreement with, the CLAIMANT's claim of the exclusive right to the possession of the COLLATERAL and the SEIZED COLLATERAL;

8. The RESPONDENTS' stipulation to, and agreement with, the CLAIMANT's claim of the exclusive right to dispose of the COLLATERAL and the SEIZED COLLATERAL;

9. The RESPONDENTS' stipulation to, and agreement with, the CLAIMANT's liens against the ACCOUNTS, the TAXPAYER, the COLLATERAL, and the SEIZED COLLATERAL;

10. The RESPONDENTS' stipulation to, and agreement with, the value of the CLAIMANT's liens are equivalent to the DRAFT AMOUNT;

11. The RESPONDENTS' inability and failure to state a claim upon which relief may be granted;

12. The RESPONDENTS' stipulation and agreement that any and all attempts by the RESPONDENTS to prejudice, hinder, obstruct, or impede the CLAIMANT's claims are a violation of the law governing the ADMINISTRATIVE PROCEEDING;

13. The RESPONDENTS' conveyance and granting of a specific power of attorney to the CLAIMANT, or any agents thereof, for the execution of any instruments, communications, or correspondences, deemed necessary by the CLAIMANT, for the preservation of the CLAIMANT's paramount security interest in the COLLATERAL, including but not limited to, IRS Form 668 (Z), Certificate of Release of Federal Tax Lien, for Kathy Miller [EIN: 02-47994] (the "REVENUE AGENT");

14. The RESPONDENTS' conveyance and granting of a specific power of attorney to the CLAIMANT for the execution of any instruments, communications, or correspondences, deemed necessary by the CLAIMANT, for the preservation of the CLAIMANT's exclusive right to the possession and the disposition of the COLLATERAL;

15. The RESPONDENTS' admission and confession to committing the following tortious acts and crimes: Theft of Funds, Slander and Libel of the TAXPAYER, Dishonor in Commerce, Fraud, Collusion, Racketeering, and Conspiracy;

16. The RESPONDENTS' admission and confession of a liability to the CLAIMANT with a value equivalent to the DRAFT AMOUNT (the "RESPONDENTS' LIABILITY");

17. The RESPONDENTS' acceptance of having any and all property, real and/or personal, registered and/or unregistered, secured as collateral for the RESPONDENTS' LIABILITY;

18. The RESPONDENTS' stipulation and agreement to being personally liable for any and all damages incurred by the TAXPAYER or the CLAIMANT pursuant to any actions in breach of the terms of the FINAL AGREEMENT;

19. The RESPONDENTS' stipulation to the granting of *in personam* jurisdiction, *in rem* jurisdiction, and subject-matter jurisdiction to the Court of International Claims, and any adjudicator and/or tribunal of the International Adjudicators Association, including but not limited to the ADJUDICATOR; and

20. The RESPONDENTS' waiver of all limited liability protections and immunities afforded to the RESPONDENTS by all franchises, including, but not limited to, the INTERNAL REVENUE SERVICE, the STATE OF CALIFORNIA, the DISTRICT OF COLUMBIA, and the UNITED STATES.

## VII. GENERAL PROVISIONS

The ADMINISTRATIVE PROCEEDING is hereby executed and governed by the following provisions:

1. The ADMINISTRATIVE PROCEEDING is hereby executed, governed, and construed under the common law, private international law and *lex mercatoria*.

2. The venue and jurisdiction of the ADMINISTRATIVE PROCEEDING is the unincorporated republic of the State of Arizona.

3. The FINAL AGREEMENT constitutes the PARTIES' waiver of all limited liability protections and immunities afforded by all franchises, including, but not limited to, the INTERNAL REVENUE SERVICE, the STATE OF CALIFORNIA, the DISTRICT OF COLUMBIA, and the UNITED STATES.

4. Any disputes or issues raised by the PARTIES regarding the ADMINISTRATIVE PROCEEDING shall be presented to the ADJUDICATOR for resolution.

5. Upon the establishment of the FINAL AGREEMENT by the ADJUDICATOR's execution of the Certificate of Claim, the PARTIES have the right to appeal any and all administrative determinations resulting from the ADMINISTRATIVE PROCEEDING by submitting said appeals to the administrative tribunal of the Court of International Claims and addressing said appeals to:

> **Administrative Tribunal for Appeals**
> **% Court of International Claims**
> **1635 North Greenfield Road, Suite 126**
> **Mesa, Arizona, United States of America**

6. If one or more provisions of the FINAL AGREEMENT shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If one or more provisions of the FINAL AGREEMENT is invalid or unenforceable, but that by limiting such provision(s) it would become valid or enforceable, such provision(s) shall be deemed to be written, construed, and enforced as so limited.

7. The failure of any of the PARTIES to enforce one or more provisions of the FINAL AGREEMENT shall not be construed as a waiver or limitation of that party's right to subsequently enforce and compel strict compliance with every provision of

10. The RESPONDENTS' stipulation to, and agreement with, the value of the CLAIMANT's liens are equivalent to the DRAFT AMOUNT;

11. The RESPONDENTS' inability and failure to state a claim upon which relief may be granted;

12. The RESPONDENTS' stipulation and agreement that any and all attempts by the RESPONDENTS to prejudice, hinder, obstruct, or impede the CLAIMANT's claims are a violation of the law governing the ADMINISTRATIVE PROCEEDING;

13. The RESPONDENTS' conveyance and granting of a specific power of attorney to the CLAIMANT, or any agents thereof, for the execution of any instruments, communications, or correspondences, deemed necessary by the CLAIMANT, for the preservation of the CLAIMANT's paramount security interest in the COLLATERAL, including but not limited to, IRS Form 668 (Z), Certificate of Release of Federal Tax Lien, for Kathy Miller [EIN: 02-47994] (the "REVENUE AGENT");

14. The RESPONDENTS' conveyance and granting of a specific power of attorney to the CLAIMANT for the execution of any instruments, communications, or correspondences, deemed necessary by the CLAIMANT, for the preservation of the CLAIMANT's exclusive right to the possession and the disposition of the COLLATERAL;

15. The RESPONDENTS' admission and confession to committing the following tortious acts and crimes: Theft of Funds, Slander and Libel of the TAXPAYER, Dishonor in Commerce, Fraud, Collusion, Racketeering, and Conspiracy;

16. The RESPONDENTS' admission and confession of a liability to the CLAIMANT with a value equivalent to the DRAFT AMOUNT (the "RESPONDENTS' LIABILITY");

17. The RESPONDENTS' acceptance of having any and all property, real and/or personal, registered and/or unregistered, secured as collateral for the RESPONDENTS' LIABILITY;

18. The RESPONDENTS' stipulation and agreement to being personally liable for any and all damages incurred by the TAXPAYER or the CLAIMANT pursuant to any actions in breach of the terms of the FINAL AGREEMENT;

19. The RESPONDENTS' stipulation to the granting of *in personam* jurisdiction, *in rem* jurisdiction, and subject-matter jurisdiction to the Court of International Claims, and any adjudicator and/or tribunal of the International Adjudicators Association, including but not limited to the ADJUDICATOR; and

20. The RESPONDENTS' waiver of all limited liability protections and immunities afforded to the RESPONDENTS by all franchises, including, but not limited to, the INTERNAL REVENUE SERVICE, the STATE OF CALIFORNIA, the DISTRICT OF COLUMBIA, and the UNITED STATES.

## VII. GENERAL PROVISIONS

The ADMINISTRATIVE PROCEEDING is hereby executed and governed by the following provisions:

1. The ADMINISTRATIVE PROCEEDING is hereby executed, governed, and construed under the common law, private international law and *lex mercatoria*.

2. The venue and jurisdiction of the ADMINISTRATIVE PROCEEDING is the unincorporated republic of the State of Arizona.

3. The FINAL AGREEMENT constitutes the PARTIES' waiver of all limited liability protections and immunities afforded by all franchises, including, but not limited to, the INTERNAL REVENUE SERVICE, the STATE OF CALIFORNIA, the DISTRICT OF COLUMBIA, and the UNITED STATES.

4. Any disputes or issues raised by the PARTIES regarding the ADMINISTRATIVE PROCEEDING shall be presented to the ADJUDICATOR for resolution.

5. Upon the establishment of the FINAL AGREEMENT by the ADJUDICATOR's execution of the Certificate of Claim, the PARTIES have the right to appeal any and all administrative determinations resulting from the ADMINISTRATIVE PROCEEDING by submitting said appeals to the administrative tribunal of the Court of International Claims and addressing said appeals to:

   **Administrative Tribunal for Appeals**
   **% Court of International Claims**
   **1635 North Greenfield Road, Suite 126**
   **Mesa, Arizona, United States of America**

6. If one or more provisions of the FINAL AGREEMENT shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If one or more provisions of the FINAL AGREEMENT is invalid or unenforceable, but that by limiting such provision(s) it would become valid or enforceable, such provision(s) shall be deemed to be written, construed, and enforced as so limited.

7. The failure of any of the PARTIES to enforce one or more provisions of the FINAL AGREEMENT shall not be construed as a waiver or limitation of that party's right to subsequently enforce and compel strict compliance with every provision of

the FINAL AGREEMENT. The CLAIMANT shall not be deemed to have waived rights under the FINAL AGREEMENT unless such waiver is given in writing and signed by the CLAIMANT. No delay or omission on the part of the CLAIMANT in exercising a right shall operate as a waiver of such right or any other right. A waiver by the CLAIMANT of a provision of the FINAL AGREEMENT shall not prejudice or constitute a waiver of the CLAIMANT's right otherwise to demand strict compliance with that provision or any other provision of the FINAL AGREEMENT.

8.   The FINAL AGREEMENT constitutes the entire understanding and agreement of the PARTIES as to the matters set forth in the ADMINISTRATIVE PROCEEDING. No alteration of or amendment to the FINAL AGREEMENT shall be effective unless expressed in writing and signed by both the CLAIMANT and the RESPONDENTS.

Executed in Alameda county, within the unincorporated republic of the State of California, within the unincorporated republic of the United States of America, this Seventh day of the Third month in the year Two Thousand Thirteen. Witness my hand and seal.

By:   _Jack Carlo Isaacs_

Jack Carlo Isaacs, CLAIMANT

Enclosure(s):

(1)  Money Order, number 20130221007, dated 21 February 2013;
(2)  Request Regarding a Statement of Account, dated 7 March 2013;
(3)  Account Authorization, dated 7 March 2013; and
(4)  Affidavit of Service.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**Drawer:** JACK CARLO ISAACS
31297 SAN ANDREAS DR
UNION CITY, CA 94587

# MONEY ORDER

20130221007

**Issue date:** 21 FEBRUARY 2013

**Pay to the Order of:** UNITED STATES TREASURY

$ 1,272,338.13

**Pay the Sum of:** One Million Two Hundred Seventy-two Thousand Three Hundred Thirty-eight and 13/100 ------ **Dollars**

**Drawee:** Neal Steven Wolin, Secretary of the Treasury
% U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

This Draft is an unconditional order by the Drawer for the Drawee, or successors and assigns thereof to pay on demand to the Payee the fixed amount of money indicated herein. The place of payment is indicated as the address for the Drawee. This Draft is transferred for value as payment of the antecedent claim(s) indicated on the "For the Benefit of" line on this Draft. The Drawee is to tender this Draft as a setoff of the debit(s), obligation(s), and liability(ies) of the antecedent claim(s) indicated herein by and through the Private Offset Account number 551567428. The Payee as this party entitled to enforce this Draft, shall tender presentment of this Draft to the Drawee at the place of payment indicated herein. Presentment, payment, and achonor of this Draft shall be made in accordance with Article 3 of the Uniform Commercial Code.

**For the Benefit of:** JACK C. ISAACS ____: TAX PERIODS 1997, 2001, 2002, 2003, 2004, 2005, 2009, 2010 and 2011

*Jack Carlo Isaacs*
Signature of maker and accommodation party for the drawee

SECURITY DOCUMENT GENUINE-ALL VOIDS COPIED OR WITH NORMAL BODY HEAT

⑈021001208⑈ 551567428⑈ 20130221007 ⑈012723381⑈

---

**RECORD OF PAYMENT**     MONEY ORDER: 20130221007

| DATE | PAYEE | AMOUNT |
|------|-------|--------|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 1,272,338.13 |

For: JACK C. ISAACS ____; TAX PERIODS 1997, 2001, 2002, 2003, 2004, 2005, 2009, 2010 and 2011

---

**RECORD OF PAYMENT**     MONEY ORDER: 20130221007

| DATE | PAYEE | AMOUNT |
|------|-------|--------|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 1,272,338.13 |

For: JACK C. ISAACS ____ TAX PERIODS 1997, 2001, 2002, 2003, 2004, 2005, 2009, 2010 and 2011

**To:** INTERNAL REVENUE SERVICE
℅ Pamela LaRue, Chief Financial Officer
1111 Constitution Avenue NW
Washington, D.C. 20224-0002

**From:** JACK C. ISAACS
℅ 31297 San Andreas Drive
Union City, California Republic

**Re:** REQUEST REGARDING A STATEMENT OF ACCOUNT for JACK C. ISAACS [SSN████████████
for Tax Periods ending 12/31/1997, 12/31/2001, 12/31/2002, 12/31/2003, 12/31/2004,
12/31/2005, 12/31/2009, 12/31/2010 and 12/31/2011.

---

**REQUEST REGARDING A STATEMENT OF ACCOUNT**
This is a record authenticated by the debtor requesting that the recipient approve or correct a statement indicating what the debtor believes to be the aggregate amount of unpaid obligations secured by collateral as of a specified date and reasonably identifying the transaction or relationship that is the subject of the request. Recipient has Twenty (20) days to comply with this request and provide an authenticated record.

## STATEMENT OF ACCOUNT

**Date:** 7 March 2013

**Creditor(s):** INTERNAL REVENUE SERVICE

**Debtor(s):** JACK C. ISAACS

**Account(s):** JACK C. ISAACS ████████████ or Tax Periods ending 12/31/1997, 12/31/2001,
12/31/2002, 12/31/2003, 12/31/2004, 12/31/2005, 12/31/2009, 12/31/2010 and
12/31/2011.

**Collateral:** All property, real and personal, registered and unregistered, held in the name the JACK C.
ISAACS

**Balance Due:** $0.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true
and correct.

JACK C. ISAACS

*Jack C Isaacs*

---

TO:    INTERNAL REVENUE SERVICE
        % Pamela LaRue, Chief Financial Officer
        1111 Constitution Avenue NW
        Washington, D.C. 20224-0002

FROM:  JACK C. ISAACS
        % 31297 San Andreas Drive
        Union City, California Republic

RE:    JACK C. ISAACS [SSN        ] for Tax Periods ending 12/31/1997, 12/31/2001,
        12/31/2002, 12/31/2003, 12/31/2004, 12/31/2005, 12/31/2009, 12/31/2010 and
        12/31/2011.

DATE:  7 March 2013

# ACCOUNT AUTHORIZATION

I, JACK C. ISAACS, hereby authorize and direct that all further communications and correspondences regarding the taxpayer account(s) referenced above, and the release of any and all information regarding said account(s), be directed through the following party:

Benton Tyler Thomas Hall
% Court of International Claims
1635 North Greenfield Road, Suite 126
Mesa, Arizona, United States of America

-OR-

Administrative Tribunal for Appeals
% Court of International Claims
1635 North Greenfield Road, Suite 126
Mesa, Arizona, United States of America

JACK C. ISAACS

*Jack C Isaacs*

## ACKNOWLEDGMENT

State of California      )
                   ) ss:
County of _Alameda_   )

On _March 7, 2013_ before me, _Victoria Alicia Maes_, Notary Public, personally appeared JACK C. ISAACS, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Victoria Alicia Maes_
Signature

VICTORIA ALICIA MAES
Commission # 1951436
Notary Public - California
Alameda County
My Comm. Expires Sep 9, 2015



# AFFIDAVIT OF SERVICE

Maricopa county  )
Arizona state  ) affirmed and subscribed:
United States of America  )

It is hereby certified, that on the date noted below, the undersigned mailed to:

```
INTERNAL REVENUE SERVICE
% Pamela LaRue, Chief Financial Officer
1111 Constitution Avenue NW
Washington, D.C. 20224-0002
```

(Registered Mail No. RE 261 090 668 US                )

hereinafter, "Recipient(s)," the documents and sundry papers regarding **CASE NO. PR-20130307-AJ-176** ___ as follows:

1.  **NOTICE OF CLAIM**, dated 7 March 2013 [6 pages];
2.  **MONEY ORDER, Number 20130221007**, dated 21 February 2013 [1 page];
3.  **REQUEST REGARDING A STATEMENT OF ACCOUNT**, dated 7 March 2013 [1 page];
4.  **ACCOUNT AUTHORIZATION**, dated 7 March 2013 [1 page];
5.  reference copy of this **AFFIDAVIT OF SERVICE** [1 page] (signed original on file),

a total of _____ Ten (10) _____ pages,

by Registered Mail, under the Registered Mail number(s) given above, Return Receipt attached , by placing same in a postpaid envelope properly addressed to Recipient(s) at the said addresses and depositing same at an official depository under the exclusive face and custody of the United States Post Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 7, 2013 _____.

_____
AFFIANT

**Christopher Mikel Conover**
**% 3546 East Presidio Circle, Mesa, Arizona**

# JURAT

State of Arizona  )
  ) affirmed and subscribed.
County of Maricopa  )

Subscribed and sworn to (or affirmed) before me on this ___7th___ day of ___March___ , **2013** , by

**Christopher Mikel Conover** , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
(Signature of notarial officer)

Title/Rank: **Notary Public**

Printed Name: __M Cole Per__

Commission expires: __October 24th__

NICOLE PERRY
Notary Public - Arizona
Maricopa County
My Com ___ Oct 6. 2016



# 2005 Form 1040-V  Department of the Treasury Internal Revenue Service

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the **"Amount you owe"** line of your 2005 Form 1040. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

● Make your check or money order payable to the **"United States Treasury."** Do not send cash.

● Make sure your name and address appear on your check or money order.

● Enter "2005 Form 1040," your daytime phone number, and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return.

● To help process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX 100 ").

## How To Send In Your 2005 Tax Return, Payment, and Form 1040-V

● Detach Form 1040-V along the dotted line.

● Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

● Mail your 2005 tax return, payment, and Form 1040-V in the envelope that came with your 2005 Form 1040 instruction booklet.

**Note.** If you do not have that envelope or you moved or used a paid preparer, mail your return, payment, and Form 1040-V to the Internal Revenue Service at the address shown on the back that applies to you.

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For the estimated averages, see the instructions for your income tax return. If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Cat. No. 20975C

Form **1040-V** (2005)

▼ Detach Here and Mail With Your Payment and Return ▼

Form **1040-V**
Department of the Treasury
Internal Revenue Service   (99)

**Payment Voucher**

► Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

**2005**

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| | | | 11,295 | 41 |

| 4 Your first name and initial | Last name |
|---|---|
| JACK C. | ISAACS |
| If a joint return, spouse's first name and initial | Last name |
| | |

| Home address (number and street) | Apt. no. |
|---|---|
| 31297 SAN ANDREAS DRIVE | |
| City, town or post office, state, and ZIP code | |
| UNION CITY, CALIFORNIA, 94587 | |

Cat. No. 20975C

Drawer: JACK CARLO ISAACS
31297 SAN ANDREAS DR
UNION CITY, CA 94587

# MONEY ORDER

20130221014

Issue date: **21 FEBRUARY 2013**

Pay to the Order of: **UNITED STATES TREASURY**

**$ 43,173.72**

Pay the Sum of: Forty-three Thousand One Hundred Seventy-three and 72/100 ------------------------------ *Dollars*

Drawee: Neal Steven Wolin, Secretary of the Treasury
% U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

This Draft is an unconditional order by the Drawer for the Drawee, or successors and assigns thereof, to pay on demand to the Payee the fixed amount of money indicated herein. The place of payment is indicated as the address for the Drawee. This Draft is transferred for value as payment of the antecedent claim(s) indicated on the "For the Benefit of" line on this Draft. The Drawee is to ledger this Draft as a setoff of the debt(s), obligation(s), and liability(ies) of the antecedent claim(s) indicated herein by and through the Private Offset Account number 551567428. The Payee, as the party entitled to enforce this Draft, shall make presentment of this Draft to the Drawee at the place of payment indicated herein. Presentment, payment, and dishonor of this Draft shall be made in accordance with Article 3 of the Uniform Commercial Code.

For the Benefit of: JACK C. ISAACS ▮▮▮▮▮▮ TAX PERIOD 2009

*Jack Carlo Isaacs*
Signature of maker and accommodation party for the drawer

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑆021001208⑆ 551567428⑈ 20130221014 ⑈0004317372⑈

## RECORD OF PAYMENT     MONEY ORDER: 20130221014

| DATE | PAYEE | AMOUNT |
|------|-------|--------|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 43,173.72 |

For: JACK C. ISAACS ▮▮▮▮▮▮ TAX PERIOD 2009

## RECORD OF PAYMENT     MONEY ORDER: 20130221014

| DATE | PAYEE | AMOUNT |
|------|-------|--------|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 43,173.72 |

For: JACK C. ISAACS ▮▮▮▮▮▮ TAX PERIOD 2009

# 2009 Form 1040-V  Department of the Treasury Internal Revenue Service

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2009 Form 1040, Form 1040A, or Form 1040EZ. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

● Make your check or money order payable to the "United States Treasury." Do not send cash.

● Make sure your name and address appear on your check or money order.

● Enter "2009 Form 1040," your daytime phone number, and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return. If you are filing Form 1040A or Form 1040EZ, enter "2009 Form 1040A" or "2009 Form 1040EZ," whichever is appropriate, instead of "2009 Form 1040."

● To help process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX ⁰⁰/₁₀₀").

## How To Send In Your 2009 Tax Return, Payment, and Form 1040-V

● Detach Form 1040-V along the dotted line.

● Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

● Mail your 2009 tax return, payment, and Form 1040-V in the envelope that came with your 2009 tax return instruction booklet.

**Note.** If you do not have that envelope or you moved or used a paid preparer, mail your return, payment, and Form 1040-V to the address shown on the back that applies to you.

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For the estimated averages, see the instructions for your income tax return. If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Cat. No. 20975C

Form **1040-V** (2009)

---

▼ Detach Here and Mail With Your Payment and Return ▼

---

<table>
<tr>
<td rowspan="2">Form <b>1040-V</b><br>Department of the Treasury<br>Internal Revenue Service (99)</td>
<td colspan="3"><b>Payment Voucher</b><br>► Do not staple or attach this voucher to your payment or return.</td>
<td colspan="2">OMB No. 1545-0074<br><b>2009</b></td>
</tr>
<tr>
<td>1 Your social security number (SSN)</td>
<td>2 If a joint return, SSN shown second on your return</td>
<td>3 Amount you are paying by check or money order</td>
<td>Dollars<br>43,173</td>
<td>Cents<br>72</td>
</tr>
<tr>
<td rowspan="5">Print or type</td>
<td>4 Your first name and initial<br>JACK C.</td>
<td colspan="2"></td>
<td>Last name<br>ISAACS</td>
<td colspan="2"></td>
</tr>
<tr>
<td>If a joint return, spouse's first name and initial</td>
<td colspan="2"></td>
<td>Last name</td>
<td colspan="2"></td>
</tr>
<tr>
<td colspan="4">Home address (number and street)<br>31297 SAN ANDREAS DRIVE</td>
<td colspan="2">Apt. no.</td>
</tr>
<tr>
<td colspan="6">City, town or post office, state, and ZIP code (if a foreign address, enter city, province or state, postal code, and country.)<br>UNION CITY, CALIFORNIA, 94587</td>
</tr>
</table>

Cat. No. 20975C

**Drawer:** JACK CARLO ISAACS
31297 SAN ANDREAS DR
UNION CITY, CA 94587

# MONEY ORDER

20130221015

**Issue date:** 21 FEBRUARY 2013

**Pay to the Order of:** UNITED STATES TREASURY

$ 50,543.46

**Pay the Sum of:** Fifty Thousand Five Hundred Forty-three and 46/100 ----------------------------------------- *Dollars*

**Drawee:** Neal Steven Wolin, Secretary of the Treasury
% U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

This Draft is an unconditional order by the Drawer for the Drawee, or successors and assigns thereof, to pay on demand to the Payee the fixed amount of money indicated herein. The place of payment is indicated as the address for the Drawee. This Draft is transferred for value as payment of the antecedent claim(s) indicated on the "For the Benefit of" line on this Draft. The Drawee is to ledger this Draft as a setoff of the debt(s), obligation(s), and liability(ies) of the antecedent claim(s) indicated herein by and through the Private Offset Account number 551567428. The Payee, as the party entitled to enforce this Draft, shall make presentment of this Draft to the Drawee at the place of payment indicated herein. Presentment, payment, and dishonor of this Draft shall be made in accordance with Article 3 of the Uniform Commercial Code.

**For the Benefit of:** JACK C. ISAACS ▓▓▓▓▓▓ TAX PERIOD 2010

*Jack Carlo Isaacs*
Signature of maker and accommodation party for the drawer

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

�semicolon02100120811�semicolon 55156742811�123 20130221015 11100050543461�123

## RECORD OF PAYMENT       MONEY ORDER: 20130221015

| DATE | PAYEE | AMOUNT |
|------|-------|--------|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 50,543.46 |

For: JACK C. ISAACS ▓▓▓▓▓▓▓ TAX PERIOD 2010

## RECORD OF PAYMENT       MONEY ORDER: 20130221015

| DATE | PAYEE | AMOUNT |
|------|-------|--------|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 50,543.46 |

For: JACK C. ISAACS ▓▓▓▓▓▓▓ TAX PERIOD 2010

# 2010 Form 1040-V  Department of the Treasury Internal Revenue Service

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2010 Form 1040, Form 1040A, or Form 1040EZ. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

• Make your check or money order payable to the "United States Treasury." Do not send cash.

• Make sure your name and address appear on your check or money order.

• Enter your daytime phone number and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return. Also enter "2010 Form 1040," "2010 Form 1040A," or "2010 Form 1040EZ," whichever is appropriate.

• To help us process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX ˣˣ/₁₀₀").

## How To Send In Your 2010 Tax Return, Payment, and Form 1040-V

• Detach Form 1040-V along the dotted line.

• Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

• Mail your 2010 tax return, payment, and Form 1040-V to the address shown on the back that applies to you.

Cat. No. 20975C

Form **1040-V** (2010)

▼ Detach Here and Mail With Your Payment and Return ▼

Form **1040-V**
Department of the Treasury
Internal Revenue Service (99)

## Payment Voucher

► Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

2010

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| | | | 50,543 | 46 |

| 4 Your first name and initial | | Last name | | |
|---|---|---|---|---|
| JACK C. | | ISAACS | | |
| If a joint return, spouse's first name and initial | | Last name | | |

Home address (number and street) — 31297 SAN ANDREAS DRIVE — Apt. no.

City, town or post office, state, and ZIP code (If a foreign address, enter city, province or state, postal code, and country.)
UNION CITY, CALIFORNIA, 94587

Print or type

For Paperwork Reduction Act Notice, see your tax return instructions.

Cat. No. 20975C

| Drawer: | JACK CARLO ISAACS<br>31297 SAN ANDREAS DR<br>UNION CITY, CA 94587 | **MONEY ORDER** | | 20130221016 |
| | | | Issue date: | 21 FEBRUARY 2013 |

| Pay to the<br>Order of: | **UNITED STATES TREASURY** | | $ 9,847.68 |

| Pay the<br>Sum of: | **Nine Thousand Eight Hundred Forty-seven and 68/100 ----------------------------------------- Dollars** |

| Drawee: | Neal Steven Wolin, Secretary of the Treasury<br>% U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | This Draft is an unconditional order by the Drawer for the Drawee, or successors and assigns thereof, to pay on demand to the Payee the fixed amount of money indicated herein. The place of payment is indicated as the address for the Drawee. This Draft is transferred for value as payment of the antecedent claim(s) indicated on the "For the Benefit of" line on this Draft. The Drawee is to ledger this Draft as a sekoff of the debit(s), obligation(s), and liability(ies) of the antecedent claim(s) indicated herein by and through the Private Offset Account number 551567428. The Payee, as the party entitled to enforce this Draft, shall make presentment of this Draft to the Drawee at the place of payment indicated herein. Presentment, payment, and dishonor of this Draft shall be made in accordance with Article 3 of the Uniform Commercial Code |

| For the<br>Benefit of: | JACK C. ISAACS | TAX PERIOD 2011 | Jack Carlo Isaacs |
| | | | Signature of maker and accommodation party for the drawer |

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑆021001208⑆ 551567428⑆ 20130221016 ⑈000098476⑈

### RECORD OF PAYMENT    MONEY ORDER: 20130221016

| DATE | PAYEE | AMOUNT |
| --- | --- | --- |
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 9,847.68 |

For: JACK C. ISAACS ; TAX PERIOD 2011

### RECORD OF PAYMENT    MONEY ORDER: 20130221016

| DATE | PAYEE | AMOUNT |
| --- | --- | --- |
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 9,847.68 |

For: JACK C. ISAACS TAX PERIOD 2011

# 2011 Form 1040-V  Department of the Treasury Internal Revenue Service

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2011 Form 1040, Form 1040A, or Form 1040EZ. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

• Make your check or money order payable to "United States Treasury." Do not send cash.

• Make sure your name and address appear on your check or money order.

• Enter your daytime phone number and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return. Also enter "2011 Form 1040," "2011 Form 1040A," or "2011 Form 1040EZ," whichever is appropriate.

• To help us process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX ⁿ/₁₀₀").

## How To Send In Your 2011 Tax Return, Payment, and Form 1040-V

• Detach Form 1040-V along the dotted line.

• Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

• Mail your 2011 tax return, payment, and Form 1040-V to the address shown on the back that applies to you.

Cat. No. 20975C

Form **1040-V** (2011)

▼ Detach Here and Mail With Your Payment and Return ▼

---

## 1040-V Payment Voucher

Form
Department of the Treasury
Internal Revenue Service (99)

► Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

**2011**

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| | | | 9,847 | 68 |

Print or type

**4 Your first name and initial** JACK C.
**Last name** ISAACS

If a joint return, spouse's first name and initial | Last name

**Home address (number and street)** 31297 SAN ANDREAS DRIVE | **Apt. no.**
**City, town or post office, state, and ZIP code (if a foreign address, also complete spaces below.)** UNION CITY, CALIFORNIA, 94587

Foreign country name | Foreign province/county | Foreign postal code

For Paperwork Reduction Act Notice, see your tax return instructions.

Cat. No. 20975C



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name ) Alexander C. Mathews   C. Date of Delivery 3/13/13 |
| 1. Article Addressed to:<br><br>Department of the Treasury<br>Internal Revenue Service<br>KATHY MILLER (EIN: 02-47994)<br>185 LENNON LN STP WC-0363<br>WALNUT CREEK, CA 94598 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mall   ☐ Express Mail<br>☒ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | RE 261 090 671 US |

PS Form 3811, February 2004          Domestic Return Receipt                    10259  02-M-1540

---

UNITED STATES POSTAL SERVICE        ‖‖‖‖        First-Class Mail
                                                 Postage & Fees Paid
                                                 USPS
                                                 Permit No. G-10

● Sender: Please print your name, address, and ZIP+4 in this box ●

**Jack Carlo Isaacs**
℅ 31297 San Andreas Drive
Union City, California 94587



# **AFFIDAVIT OF SERVICE**

Maricopa county )
Arizona state ) affirmed and subscribed:
United States of America )

It is hereby affirm and certify, that on the date noted below, the undersigned mailed to:

```
Department of the Treasury
Internal Revenue Service
KATHY MILLER (EIN: 02-47994)
185 LENNON LN STP WC-0363
WALNUT CREEK, CA 94598
```

(Registered Mail No. RE 261 090 071 US )

hereinafter, "Recipient(s)," the documents and sundry papers regarding_____ as follows:

1. **MONEY ORDER**, Numbers 20130221008, 20130221009, 20130221010, 20130221011, 20130221012, 20130221013, 20130221014, 20130221015 and 20130221016, dated 21 February 2013 [9 page(s)], and;
2. **IRS FORM 1040-V**, **PAYMENT VOUCHERS**, tax years 1997, 2001, 2002, 2003, 2004, 2005, 2009, 2010 and 2011 [9 page(s)],

a total of _____ **Eighteen (18)** _____ pages,

by Registered Mail, under the Registered Mail number(s) given above, Return Receipt attached , by placing same in a postpaid envelope properly addressed to Recipient(s) at the said addresses and depositing same at an official depository under the exclusive face and custody of the United States Post Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____ **March 8, 2013** _____

_____
AFFIANT

**Christopher Mikel Conover**
**c/o 3546 East Presidio Circle, Mesa, Arizona**

## **JURAT**

State of Arizona )
) affirmed and subscribed
County of Maricopa )

Subscribed and sworn to (or affirmed) before me on this __8th__ day of __March__ , __2013__ , by

**Christopher Mikel Conover** , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NICOLE PERRY
Notary Public - Arizona
Maricopa County
My Comm. Expires Oct 6, 2016

_____
(Signature of notarial officer)

Title/Rank: **Notary Public**

Printed Name: Nicole Perry

Commission expires: October 6, 2016

| Drawer: | JACK CARLO ISAACS<br>31297 SAN ANDREAS DR<br>UNION CITY, CA 94587 | **MONEY ORDER** | 20130221008 |
|---|---|---|---|

Issue date: **21 FEBRUARY 2013**

| Pay to the<br>Order of: | **UNITED STATES TREASURY** | $ 88,635.40 |
|---|---|---|

| Pay the<br>Sum of: | Eighty-eight Thousand Six Hundred Thirty-five and 40/100 ------------------------------------ *Dollars* |
|---|---|

| Drawee: | Neal Steven Wolin, Secretary of the Treasury<br>% U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | This Draft is an unconditional order by the Drawer for the Drawee, or successors and assigns thereof, to pay on demand to the Payee the fixed amount of money indicated herein. The place of payment is indicated as the address for the Drawee. This Draft is transferred for value as payment of the antecedent claim(s) indicated on the "For the Benefit of" line on this Draft. The Drawee is to ledger this Draft as a setoff of the debt(s), obligation(s), and liability(ies) of the antecedent claim(s) indicated herein by and through the Private Offset Account number 551567428. The Payee, as the party entitled to enforce this Draft, shall make presentment of this Draft to the Drawee at the place of payment indicated herein. Presentment, payment, and dishonor of this Draft shall be made in accordance with Article 3 of the Uniform Commercial Code. |
|---|---|---|

| For the<br>Benefit of: | JACK C. ISAACS ████ TAX PERIOD 1997 | *Jack Carlo Isaacs* |
|---|---|---|

Signature of maker and accommodation party for the drawer

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑈0210012081⑈ 551567428⑊ 20130221008 ⑈0008863540⑈

## RECORD OF PAYMENT  MONEY ORDER: 20130221008

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 88,635.40 |

For: JACK C. ISAACS ████ TAX PERIOD 1997

## RECORD OF PAYMENT  MONEY ORDER: 20130221008

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 88,635.40 |

For: JACK C. ISAACS ████; TAX PERIOD 1997

# 1997 Form 1040-V



**Department of the Treasury
Internal Revenue Service**

## What Is Form 1040-V and Do You Need To Use It?

It is a statement you send with your payment of any balance due on line 64 of your **1997 Form 1040.** Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not do so.

## How To Fill In Form 1040-V

**Box 1.** Enter the amount of your payment.

**Box 2.** Enter the first four letters of your last name. See examples below.

| Name | Enter | Name | Enter |
|------|-------|------|-------|
| John Brown | BROW | Jean McCarthy | MCCA |
| Juan DeJesus | DEJE | Helen O'Neill | ONEI |
| Joan A. Lee | LEE | Pedro Torres-Lopez | TORR |

**Boxes 3 and 4.** Enter your social security number (SSN) in box 3. If you are filing a joint return, enter in box 3 the SSN shown first on your return and in box 4 the SSN shown second.

**Box 5.** Enter your name(s) and address as shown on your return.

## How To Prepare Your Payment

● Make your check or money order payable to the "Internal Revenue Service" (not "IRS"). **Do not** send cash.

● Make sure your name and address appear on your check or money order.

● Write "1997 Form 1040," your daytime phone number, and SSN on your check or money order. If you are filing a joint return, enter the SSN shown **first** on your return.

## How To Send In Your Return, Payment, and Form 1040-V

● Detach Form 1040-V along the dotted line.

● **DO NOT** attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

● If an envelope came with your tax package, please use it to mail your 1997 tax return, payment, and Form 1040-V.

● If you do not have that envelope or you moved or used a paid preparer, mail your tax return, payment, and Form 1040-V to the Internal Revenue Service at the address shown on the back that applies to you.

**Note:** *If you filed electronically, send your payment and Form 1040-V to the applicable address shown on the back.*

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The time needed to complete and mail Form 1040-V will vary depending on individual circumstances. The estimated average time is 13 minutes. If you have comments about the accuracy of this time estimate or suggestions for making Form 1040-V simpler, we would be happy to hear from you. See the Instructions for Form 1040.

---

Cat. No. 20975C          ▼ **DETACH HERE AND MAIL WITH YOUR PAYMENT** ▼          Form **1040-V** (1997)

---

**Form 1040-V**

Department of the Treasury
Internal Revenue Service   (99)

**Payment Voucher**

▶ Do not staple or attach this voucher to your payment.

OMB No. 1545-0074

**1997**

| 1 Enter the amount of the payment you are making | 2 Enter the first four letters of your last name | 3 Enter your social security number |
|---|---|---|
| ▶ $        88,635 . 40 | I  S  A  A | ● : ● : ● |

| 4 If a joint return, enter the SSN shown second on that return | 5 Enter your name(s) |
|---|---|
| : : | JACK C. ISAACS |
| | Enter your address |
| | 31297 SAN ANDREAS DRIVE |
| | Enter your city, state, and ZIP code |
| | UNION CITY, CALIFORNIA, 94587 |

Cat. No. 20975C

| Drawer: | JACK CARLO ISAACS<br>31297 SAN ANDREAS DR<br>UNION CITY, CA 94587 | **MONEY ORDER** | | 20130221009 |
|---|---|---|---|---|

Issue date: **21 FEBRUARY 2013**

| Pay to the Order of: | **UNITED STATES TREASURY** | **$ 11,493.39** |
|---|---|---|

Pay the Sum of: **Eleven Thousand Four Hundred Ninety-three and 39/100 ------------------------------------- Dollars**

Drawee: Neal Steven Wolin, Secretary of the Treasury
% U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

This Draft is an unconditional order by the Drawer for the Drawee, or successors and assigns thereof, to pay on demand to the Payee the fixed amount of money indicated herein. The place of payment is indicated as the address for the Drawee. This Draft is transferred for value as payment of the antecedent claim(s) indicated on the "For the Benefit of" line on this Draft. The Drawee is to ledger this Draft as a seloff of the debt(s), obligation(s), and liability(ies) of the antecedent claim(s) indicated herein by and through the Private Offset Account number 551567428. The Payee, as the party entitled to enforce this Draft, shall make presentment of this Draft to the Drawee at the place of payment indicated herein. Presentment, payment, and dishonor of this Draft shall be made in accordance with Article 3 of the Uniform Commercial Code

For the Benefit of: JACK C. ISAACS ▓▓▓▓▓ TAX PERIOD 2001

*Jack Carlo Isaacs*
Signature of maker and accommodation party for the drawer

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑈021001208⑈ 551567428⑈ 20130221009 ⑈000114933⑈

## RECORD OF PAYMENT        MONEY ORDER: 20130221009

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 11,493.39 |

For:   JACK C. ISAACS ▓▓▓▓▓▓ TAX PERIOD 2001

## RECORD OF PAYMENT        MONEY ORDER: 20130221009

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 11,493.39 |

For:   JACK C. ISAACS ▓▓▓▓▓ TAX PERIOD 2001

# 2001 Form 1040-V

 Department of the Treasury
**Internal Revenue Service**

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on line 70 of your **2001 Form 1040.** Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not do so.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown **first** on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown **second** on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address **exactly** as shown on your return. Please print your name(s) clearly.

## How To Prepare Your Payment

● Make your check or money order payable to the **"United States Treasury." Do not** send cash.

● Make sure your name and address appear on your check or money order.

● Enter "2001 Form 1040," your daytime phone number, and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown **first** on your return.

● To help us process your payment, enter the amount on the right side of your check like this: $ XXX.XX. **Do not use dashes or lines** (for example, do not enter "$ XXX—" or "$ XXX $\frac{XX}{100}$ ").

## How To Send In Your Return, Payment, and Form 1040-V

● Detach Form 1040-V along the dotted line.

● **Do not** staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

● If an envelope came with your tax package, please use it to mail your 2001 tax return, payment, and Form 1040-V.

● If you do not have that envelope or you moved or used a paid preparer, mail your tax return, payment, and Form 1040-V to the Internal Revenue Service at the address shown on the back that applies to you.

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The time needed to complete and mail Form 1040-V will vary depending on individual circumstances. The estimated average time is 19 minutes. If you have comments about the accuracy of this time estimate or suggestions for making Form 1040-V simpler, we would be happy to hear from you. See the Instructions for Form 1040.

---

Cat. No. 20975C ▼ **Detach Here and Mail With Your Payment and Return** ▼ Form **1040-V** (2001)

---

**Form 1040-V**

Department of the Treasury
Internal Revenue Service   (99)

## Payment Voucher

▶ Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

**2001**

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on that return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| ████████ | ┆ ┆ | | 11,493 | 39 |

| 4 Your first name and initial | | Last name |
|---|---|---|
| JACK C. | | ISAACS |
| If a joint return, spouse's first name and initial | | Last name |

| Home address (number and street) | Apt. no. |
|---|---|
| 31297 SAN ANDREAS DRIVE | |
| City, town or post office, state, and ZIP code | |
| UNION CITY, CALIFORNIA, 94587 | |

Cat. No. 20975C

| | | |
|---|---|---|
| **Drawer:** JACK CARLO ISAACS<br>31297 SAN ANDREAS DR<br>UNION CITY, CA 94587 | **MONEY ORDER** | 20130221010<br><br>**Issue date:** 21 FEBRUARY 2013 |

| | | |
|---|---|---|
| **Pay to the Order of:** | **UNITED STATES TREASURY** | **$ 116,841.74** |

| | |
|---|---|
| **Pay the Sum of:** | One Hundred Sixteen Thousand Eight Hundred Forty-one and 74/100 -------------------------- *Dollars* |

**Drawer:** Neal Steven Wolin, Secretary of the Treasury
% U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

This Draft is an unconditional order by the Drawer for the Drawee, or successors and assigns thereof, to pay on demand to the Payee the fixed amount of money indicated herein. The place of payment is indicated as the address for the Drawee. This Draft is transferred for value as payment of the antecedent claim(s) indicated on the "For the Benefit of" line on this Draft. The Drawee is to ledger this Draft as a setoff of the debt(s), obligation(s), and liability(ies) of the antecedent claim(s) indicated herein by and through the Private Offset Account number 551567428. The Payee, as the party entitled to enforce this Draft, shall make presentment of this Draft to the Drawee at the place of payment indicated herein. Presentment, payment, and dishonor of this Draft shall be made in accordance with Article 3 of the Uniform Commercial Code.

**For the Benefit of:** JACK C. ISAACS████ TAX PERIOD 2002

*Jack Carlos Isaacs*
Signature of maker and accommodation party for the drawer

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑈021001208⑈ 551567428⑈ 20130221010 ⑈0011684174⑈

---

**RECORD OF PAYMENT** **MONEY ORDER: 20130221010**

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 116,841.74 |

For: JACK C. ISAACS ████████; TAX PERIOD 2002

---

**RECORD OF PAYMENT** **MONEY ORDER: 20130221010**

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 116,841.74 |

For: JACK C. ISAACS████████; TAX PERIOD 2002

# 2002 Form 1040-V

 **Department of the Treasury
Internal Revenue Service**

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on line 73 of your **2002 Form 1040.** Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown **first** on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown **second** on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address **exactly** as shown on your return. Please print clearly.

## How To Prepare Your Payment

● Make your check or money order payable to the **"United States Treasury." Do not** send cash.

● Make sure your name and address appear on your check or money order.

● Enter "2002 Form 1040," your daytime phone number, and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown **first** on your return.

● To help process your payment, enter the amount on the right side of your check like this: $ XXX.XX. **Do not** use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX $\frac{xx}{100}$ ").

## How To Send In Your 2002 Tax Return, Payment, and Form 1040-V

● Detach Form 1040-V along the dotted line.

● **Do not** staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

● Mail your 2002 tax return, payment, and Form 1040-V in the envelope that came with your 2002 Form 1040 instruction booklet.

**Note.** If you do not have that envelope or you moved or used a paid preparer, mail your return, payment, and Form 1040-V to the Internal Revenue Service at the address shown on the back that applies to you.

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The time needed to complete and mail Form 1040-V will vary depending on individual circumstances. The estimated average time is 19 minutes. If you have comments about the accuracy of this time estimate or suggestions for making Form 1040-V simpler, we would be happy to hear from you. See the instructions for Form 1040.

---

Cat. No. 20975C ▼ Detach Here and Mail With Your Payment and Return ▼ Form **1040-V** (2002)

---

Form **1040-V**

Department of the Treasury
Internal Revenue Service (99)

## Payment Voucher

▶ Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

2002

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| ▓:▓ ▓ ▓ | : | | 116,841 | 74 |

4 Your first name and initial
**JACK C.**

Last name
**ISAACS**

If a joint return, spouse's first name and initial

Last name

Home address (number and street)
**31297 SAN ANDREAS DRIVE**

Apt. no.

City, town or post office, state, and ZIP code
**UNION CITY, CALIFORNIA, 94587**

Cat. No. 20975C

**Drawer:** JACK CARLO ISAACS
31297 SAN ANDREAS DR
UNION CITY, CA 94587

# MONEY ORDER

20130221011

Issue date: **21 FEBRUARY 2013**

**Pay to the Order of:** UNITED STATES TREASURY

$ 86,406.85

**Pay the Sum of:** Eighty-six Thousand Four Hundred Six and 85/100 -------------------------------------------- *Dollars*

**Drawee:** Neal Steven Wolin, Secretary of the Treasury
% U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

This Draft is an unconditional order by the Drawer for the Drawee, or successors and assigns thereof, to pay on demand to the Payee the fixed amount of money indicated herein. The place of payment is indicated as the address for the Drawee. This Draft is transferred for value as payment of the antecedent claim(s) indicated on the "For the Benefit of" line on this Draft. The Drawee is to ledger this Draft as a setoff of the debt(s), obligation(s), and liability(ies) of the antecedent claim(s) indicated herein by and through the Private Offset Account number 551567428. The Payee, as the party entitled to enforce this Draft, shall make presentment of this Draft to the Drawee at the place of payment indicated herein. Presentment, payment, and dishonor of this Draft shall be made in accordance with Article 3 of the Uniform Commercial Code.

**For the Benefit of:** JACK C. ISAACS ~~██████~~ ; TAX PERIOD 2003

*Jack Carlo Isaacs*
Signature of maker and accommodation party for the drawer

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑁02⑂00⑂208⑂ 55⑂567⑂28⑂ 20⑂30⑂2⑂0⑂⑂ ⑁0008640685⑁

## RECORD OF PAYMENT     MONEY ORDER: 20130221011

| DATE | PAYEE | AMOUNT |
|------|-------|--------|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 86,406.85 |

For: JACK C. ISAACS ~~██████~~ ; TAX PERIOD 2003

## RECORD OF PAYMENT     MONEY ORDER: 20130221011

| DATE | PAYEE | AMOUNT |
|------|-------|--------|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 86,406.85 |

For: JACK C. ISAACS ~~██████~~ ; TAX PERIOD 2003

# 2003 Form 1040-V



**Department of the Treasury**
**Internal Revenue Service**

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on line 72 of your **2003 Form 1040.** Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown **first** on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown **second** on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address **exactly** as shown on your return. Please print clearly.

## How To Prepare Your Payment

● Make your check or money order payable to the **"United States Treasury." Do not** send cash.

● Make sure your name and address appear on your check or money order.

● Enter "2003 Form 1040," your daytime phone number, and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown **first** on your return.

● To help process your payment, enter the amount on the right side of your check like this: $ XXX.XX. **Do not** use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX $\frac{XX}{100}$").

## How To Send In Your 2003 Tax Return, Payment, and Form 1040-V

● Detach Form 1040-V along the dotted line.

● **Do not** staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

● Mail your 2003 tax return, payment, and Form 1040-V in the envelope that came with your 2003 Form 1040 instruction booklet.

**Note.** If you do not have that envelope or you moved or used a paid preparer, mail your return, payment, and Form 1040-V to the Internal Revenue Service at the address shown on the back that applies to you.

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The time needed to complete and mail Form 1040-V will vary depending on individual circumstances. The estimated average time is 12 minutes. If you have comments about the accuracy of this time estimate or suggestions for making Form 1040-V simpler, we would be happy to hear from you. See the Instructions for Form 1040.

---

Cat. No. 20975C   ▼ **Detach Here and Mail With Your Payment and Return** ▼    Form **1040-V** (2003)

---

**Form 1040-V**

**Department of the Treasury**
**Internal Revenue Service   (99)**

**Payment Voucher**

► Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

**2003**

| 1  Your social security number (SSN) | 2  If a joint return, SSN shown second on your return | 3  Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| ●:● | : : | | 86,406 | 85 |

| 4 · Your first name and initial | Last name |
|---|---|
| JACK C. | ISAACS |

| If a joint return, spouse's first name and initial | Last name |
|---|---|

| Home address (number and street) | | Apt. no. |
|---|---|---|
| 31297 SAN ANDREAS DRIVE | | |

| City, town or post office, state, and ZIP code |
|---|
| UNION CITY, CALIFORNIA, 94587 |

Cat. No. 20975C

| Drawer: | JACK CARLO ISAACS<br>31297 SAN ANDREAS DR<br>UNION CITY, CA 94587 | **MONEY ORDER** | | 20130221012 |
|---|---|---|---|---|
| | | | Issue date: | 21 FEBRUARY 2013 |

| Pay to the Order of: | UNITED STATES TREASURY | | $ 5,875.06 |
|---|---|---|---|

Pay the Sum of: Five Thousand Eight Hundred Seventy-five and 06/100 ------------------------------------- *Dollars*

Drawee: Neal Steven Wolin, Secretary of the Treasury
% U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

This Draft is an unconditional order by the Drawer for the Drawee, or successors and assigns thereof, to pay on demand to the Payee the fixed amount of money indicated herein. The place of payment is indicated as the address for the Drawee. This Draft is transferred for value as payment of the antecedent claim(s) indicated on the "For the Benefit of" line on this Draft. The Drawee is to ledger this Draft as a seloff of the debt(s), obligation(s), and liability(ies) of the antecedent claim(s) indicated herein by and through the Private Offset Account number 551567428. The Payee, as the party entitled to enforce this Draft, shall make presentment of this Draft to the Drawee at the place of payment indicated herein. Presentment, payment, and dishonor of this Draft shall be made in accordance with Article 3 of the Uniform Commercial Code.

For the Benefit of: JACK C. ISAACS███████ TAX PERIOD 2004

*Jack Carlo Isaacs*
Signature of maker and accommodation party for the drawer

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑆021001208⑆ 551567428⑈ 20130221012 ⑈0000587506⑈

---

**RECORD OF PAYMENT     MONEY ORDER: 20130221012**

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 5,875.06 |

For: JACK C. ISAACS ██████████ TAX PERIOD 2004

---

**RECORD OF PAYMENT     MONEY ORDER: 20130221012**

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 5,875.06 |

For: JACK C. ISAACS ██████████ TAX PERIOD 2004

# 2004 Form 1040-V



Department of the Treasury
Internal Revenue Service

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on line 74 of your 2004 Form 1040. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

● Make your check or money order payable to the **"United States Treasury."** Do not send cash.

● Make sure your name and address appear on your check or money order.

● Enter "2004 Form 1040," your daytime phone number, and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return.

● To help process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX⁸⁵/₁₀₀").

## How To Send In Your 2004 Tax Return, Payment, and Form 1040-V

● Detach Form 1040-V along the dotted line.

● Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

● Mail your 2004 tax return, payment, and Form 1040-V in the envelope that came with your 2004 Form 1040 instruction booklet.

**Note.** If you do not have that envelope or you moved or used a paid preparer, mail your return, payment, and Form 1040-V to the Internal Revenue Service at the address shown on the back that applies to you.

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The time needed to complete and mail Form 1040-V will vary depending on individual circumstances. The estimated average time is 12 minutes. If you have comments about the accuracy of this time estimate or suggestions for making Form 1040-V simpler, we would be happy to hear from you. See the Instructions for Form 1040.

---

Cat. No. 20975C  ▼ **Detach Here and Mail With Your Payment and Return** ▼  Form **1040-V** (2004)

## 1040-V Payment Voucher

Form 1040-V
Department of the Treasury
Internal Revenue Service  (99)

► Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

**2004**

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| | | | 5,875 | 66 |

| 4 Your first name and initial | Last name |
|---|---|
| JACK C. | ISAACS |

| If a joint return, spouse's first name and initial | Last name |
|---|---|

| Home address (number and street) | | Apt. no. |
|---|---|---|
| 31297 SAN ANDREAS DRIVE | | |

City, town or post office, state, and ZIP code
UNION CITY, CALIFORNIA, 94587

Cat. No. 20975C

**Drawer:** JACK CARLO ISAACS
31297 SAN ANDREAS DR
UNION CITY, CA 94587

**MONEY ORDER**

20130221013

Issue date: 21 FEBRUARY 2013

**Pay to the Order of:** UNITED STATES TREASURY

$ 11,295.41

**Pay the Sum of:** Eleven Thousand Two Hundred Ninety-five and 41/100 ------------------------------------------- Dollars

**Drawee:** Neal Steven Wolin, Secretary of the Treasury
% U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

This Draft is an unconditional order by the Drawer for the Drawee, or successors and assigns thereof, to pay on demand to the Payee the fixed amount of money indicated herein. The place of payment is indicated as the address for the Drawee. This Draft is transferred for value as payment of the antecedent claim(s) indicated on the "For the Benefit of" line on this Draft The Drawee is to ledger this Draft as a setoff of the debit(s), obligation(s), and liability(ies) of the antecedent claim(s) indicated herein by and through the Private Offset Account number 551567428. The Payee, as the party entitled to enforce this Draft, shall make presentment of this Draft to the Drawee at the place of payment indicated herein. Presentment, payment, and dishonor of this Draft shall be made in accordance with Article 3 of the Uniform Commercial Code.

**For the Benefit of:** JACK C. ISAACS⬛⬛⬛⬛ TAX PERIOD 2005

Jack Carlo Isaacs
Signature of maker and accommodation party for the drawer

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

�semicircle02100120801: 551567428॥ 2013022101 3 ॥'000112954 1.॥'

## RECORD OF PAYMENT    MONEY ORDER: 20130221013

| DATE | PAYEE | AMOUNT |
|------|-------|--------|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 11,295.41 |

For: JACK C. ISAACS ⬛⬛⬛⬛ TAX PERIOD 2005

## RECORD OF PAYMENT    MONEY ORDER: 20130221013

| DATE | PAYEE | AMOUNT |
|------|-------|--------|
| 21 FEBRUARY 2013 | UNITED STATES TREASURY | $ 11,295.41 |

For: JACK C. ISAACS ⬛⬛⬛⬛ TAX PERIOD 2005