UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ISAACS,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES,<br><br>    Respondent. | Case No.: 13-cv-01394-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of Petitioner's request to continue the Case Management Conference currently scheduled for July 15, 2013 (Dkt. No. 11) and Respondent's non-opposition thereto (Dkt. No. 13), the Court hereby **CONTINUES** the Case Management Conference to Monday, September 16, 2013 at 2:00 p.m. The parties shall comply with the Court's Standing Order in Civil Cases regarding the filing of case management conference statements.

This Order terminates Dkt. No. 11.

**IT IS SO ORDERED**.

Dated: June 17, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**